David Selic, defendant in error, v. B. Friedman and Morris Brostoff, plaintiffs in error. Gen. No. 34,754.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed March 2, 1931.

George L. Lewis, for plaintiffs in error; Clyde C. Fisher, of counsel. Holland & Shuchter, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

Robert H. Good, defendant in error, v. A. R. Rapp, plaintiff in error. Gen. No. 34,766.

Heard in the first division of this court for the first district at the December term, 1930. Opinion filed March 2, 1931.

Hoyne, O'Connor & Rubinkam, for plaintiff in error. Dennis J. O'Toole, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

John Ruiko, appellee, v. Ignatius Ivan et al., trading as Ivan and Fryer Brothers, on appeal of Ignatius Ivan and John Fryer, appellants. Gen. No. 34,821.

Heard in the first division of this court for the first district at the December term, 1930. Opinion filed March 2, 1931. Rehearing denied March 16, 1931.

Leo V. Roeder and A. L. Thomas, for appellants. Alfred O'Connor and Meyer Goldberg, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Albert Goldman, appellant, v. A. B. Hashman, appellee. Gen. No. 34,830.

Heard in the first division of this court for the first district at the December term, 1930. Opinion filed March 2, 1931. Rehearing denied March 16, 1931.

Harry Z. and Bernard Perel, for appellant; Sydney R. Drebin, of counsel. Frank J. Tyrrell and Jacob Kosbie, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Bernard W. Snow, as bailiff of the municipal court of Chicago for the use of Fred Hayek, appellee, v. Lloyd L. Warfield and United States Fidelity & Guarantee Company, on appeal of United States Fidelity & Guaranty Company, appellant. Gen. No. 34,663.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed March 2, 1931.